# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Gary K. DeClark, ) | Bankruptcy No. 13-19244 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Donald R. Cassling |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **August 8, 2014,** at the hour of **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or before any other judge sitting in his place and stead in Courtroom 240 of the Kane County Courthouse, 100 South Third, Geneva, Illinois, and shall then and there present the attached **Application of InnovaLaw, P.C. for Final Allowance of Compensation and Reimbursement of Expenses as Counsel for Trustee David E. Grochocinski**, a copy of which is hereby served upon you.

                    Kathleen M. McGuire
                    InnovaLaw, P.C.
                    1900 Ravinia Place
                    Orland Park IL  60462
                    Tel. (708) 675-1975
                    Fax:  (708) 675-1786

## CERTIFICATE OF SERVICE

I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice through the CM/ECF filing system, or by first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 17th day of July, 2014.

                    /s/ Kathleen M. McGuire

**In re – DeClark, 13-19244**
**Service List**

Service through the CM/ECF filing system:

Office of the United States Trustee: USTPRegion11.ES.ECF@usdoj.gov
David Brown: dbrown@springerbrown.com, jkrafcisin@springerbrown.com
Samantha Babcock: sbabcock@shuhak.com, rsaldivar@chuhak.com
Michael Bregman: mbregman@rfbnlaw.com
Kurt M. Carlson: kcarlson@carlsondash.com, knoonan@carlsondash.com
Michael J. Davis: mdavis@davisgreenelaw.com, davislaw80@gmail.com, llarson@davisgreenelaw.com
David R. Doyle: ddoyle@shawfishman.com, kjanecki@shawfishman.com
Joshua D. Greene: jgreene@davisgreenelaw.com
William S. Hackney: whackney@salawus.com, jadams@salawus.com
Derek Johnson: djohnson@rathjewoodward.com, bpullin@rathjewoodward.com, rpeck@rathjewoodward.com
Colleen E. McManus: smcmanus@carsondash.com, knoonan@carsondash.com, kcarlson@carlsondash.com, asharp@carlsondash.com
John R. Potts: ryan@brotschulpotts.com
Kevin R. Purtill: kpurtill@chuhak.com, nmatthiscyk@chuhak.com
Martin D. Tasch: mtasch@lawmtb.com
Martin J. Wasserman: mwasserman@carlsondash.com, knoonan@carlsondash.com


Service by U.S. Mail:


Gary K. DeClark
176 Orchard St.
Elmhurst, IL  60126

Mark J. McAndrew
300 E. Roosevelt Rd.
Suite 300
Wheaton, IL  60187

Alan Horewitch
Scott Horewitch Pidgeon and Abrams
2150 East Lake Cook Road
Suite 560
Buffalo Grove, IL 60089

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Gary K. DeClark, | ) | Bankruptcy No. 13-19244 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

**COVER SHEET FOR APPLICATION FOR FINAL
ALLOWANCE OF PROFESSIONAL COMPENSATION**

Name of Applicant:           InnovaLaw, P.C.

Authorized to Provide
Professional Services to:    David E. Grochocinski, as initial trustee for the chapter 7 estate of Gary K. DeClark

Date of Order
Authorizing Employment:      June 28, 2013, effective June 12, 2013

Period for Which
Compensation Is Sought:      June 19, 2013 through July 10, 2014

Amount of Fees Sought:       $21,733.50

Amount of Expense
Reimbursement Sought:        $405.12

This is an        Interim Application ____        Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| None. | | | | None. |

Date: July 17, 2014                     By: __/s/ Kathleen M. McGuire

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Gary K. DeClark, ) | Bankruptcy No. 13-19244 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Donald R. Cassling |

### APPLICATION OF INNOVALAW, P.C. FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR TRUSTEE DAVID E. GROCHOCINSKI

Now comes Kathleen M. McGuire and InnovaLaw, P.C. (collectively, the "Applicant"), counsel for David E. Grochocinski, the initial chapter 7 trustee (the "Initial Trustee") of the bankruptcy estate (the "Estate") of Debtor Gary K. DeClark. (the "Debtor"), and pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016, submits this First and Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for professional services rendered as attorneys to the Initial Trustee.

### Background

1. On May 6, 2013, the Debtor commenced this case by filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. On June 28, 2013, the Court entered an order authorizing the retention of Applicant as attorneys for the Initial Trustee, effective June 12, 2013 (the "Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A.

3. On April 16, 2014, the Initial Trustee resigned and David R. Brown was appointed successor trustee (the "Successor Trustee").

4. Before the Initial Trustee's resignation, Applicant expended significant time and

resources in rendering legal services to the Initial Trustee.

5. This is Applicant's first and final request for compensation as attorneys for the Initial Trustee. Applicant has not previously received any compensation in this case.

## Services Rendered and Amount Requested

6. Between June 19, 2013 and July 10, 2014 (the "Application Period"), Applicant expended 59.6 hours of time in providing the services to the Interim Trustee. Applicant requests total compensation of $21,733.50 for its services at its customary billing rates as follows:

| Attorney or Paralegal | Hours | Total |
| --- | --- | --- |
| David E. Grochocinski (DEG) | 7.1 | $3,195.00 |
| Kathleen M. McGuire (KMM) | 47.1 | $18,133.50 |
| Kristine Hubert (KH) | 2.9 | $217.50 |
| Gricel Gonzalez (GG) | 2.5 | $187.50 |
| Total: | 59.6 | $21,733.50 |

7. The legal services provided by Applicant were in the following category:

(i). <u>General Administration</u>: Applicant expended 18.3 hours in connection with the administration of the estate. Work in this category included the preparation and presentation of motions to employ professionals, including accountants, an auctioneer, and counsel to represent the estate. Applicant also spent time preparing and presenting a motion for Rule 2004 examinations and motions to extend the time for objections to discharge. Time charges in this category include 1.5 hours of work on this fee petition.

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| DEG | 4.0 | $450.00 | $1,800.00 |
| KMM | 8.9 | $385.00 | $3,426.50 |
| GG | 2.5 | $75.00 | $187.50 |
| KH | 2.9 | $75.00 | $217.50 |
| Total: | 18.3 | | $5,631.50 |

(ii). <u>Sale of Stock</u>: Applicant expended 9.9 hours in connection with the sale of shares of stock of Integra Realty Realty Resources, Inc. ("Integra") held by IRR/RCUSA, L.P. ("IRR"), an entity wholly owned by the Debtor. In connection with that sale, IRR's rights under a Master Services Agreement ("MSA") with Integra were also terminated. One creditor objected to the sale, necessitating certain changes to the transaction. Work in this

category included the preparation and presentation of a motion for authority to sell stock and to enter into a release of IRR's rights under the MSA, as well as the drafting and circulation of documents necessary to effect the transaction.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KMM | 9.6 | $385.00 | $3,696.00 |
| DEG | .3 | $450.00 | $135.00 |
| Total: | 9.9 | | $3,831.00 |

(iii). <u>Auction of Property</u>: Applicant expended 3.3 hours in connection with the preparation and presentation of a motion for retroactive authority to sell a Corvette at auction. Applicant also spent time investigating the interest of the debtor's non-filing spouse in the vehicle.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KMM | 3.3 | $385.00 | $1,270.50 |
| Total: | 3.3 | | $1,270.50 |

(iv). <u>Citation to Discover Assets and Surcharge</u>: Prior to the Debtor's bankruptcy filing, creditor BMO Harris Bank (the "Bank") served a citation to discover assets on the Debtor. The Bank did not seek relief from the automatic stay to pursue rights to the Debtor's personal property, and the Trustee recovered and liquidated personal property included in the Debtor's bankruptcy schedules. The Trustee and the Bank disagreed concerning surcharge of the Bank's collateral, and the Trustee considered whether the citation lien could be avoided. At the time of the Trustee's resignation, negotiations concerning surcharge were ongoing. Applicant expended 15.2 hours in connection with work done in this category.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| DEG | 2.8 | $450.00 | $1,260.00 |
| KMM | 12.4 | $385.00 | $4,774.00 |
| Total: | 15.2 | | $6,034.00 |

(v). <u>Abandonment of Property of the Estate</u>: Applicant expended 12.9 hours in the analysis of the value of the Debtor's interests in a number of business entities, and the preparation of a motion to abandon certain business interests. In connection with the Trustee's investigation, the estate recovered proceeds from post-petition sales of real properties by several entities in which the debtor was a partner with unrelated individuals.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KMM | 12.9 | $385.00 | $4,966.50 |
| Total: | 12.9 | | $4,966.50 |

8.      A detailed summary of Applicant's services during the Application Period and

related charges for those services is attached hereto as Exhibit B.

9. All fees for which allowance is sought were incurred in connection with Applicant's representation of the Initial Trustee and were reasonable and necessary to effectively assist the Initial Trustee in the administration of the Debtor's estate.

10. <u>Expenses</u>. Attached to this application as Exhibit C is an itemized statement of the actual and necessary expenses incurred by Applicant during the period June 19, 2013 through July 10, 2014, and for which reimbursement is sought. Those expenses, which total $405.12, were actually and necessarily incurred in order to assist the Initial Trustee in his administration of the Estate.

11. Applicant seeks allowance of its fees and expenses as a chapter 7 administrative expense under 11 U.S.C. § 503(b), payable as funds are available to do so in the discretion of the Successor Trustee.

## Other Disclosures under Fed. R. Bankr. P. 2016

12. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to the matters on which Applicant was employed.

13. No agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the case, other than compensation that has been or will be approved by the Court upon the applications of other professionals employed to represent the Initial Trustee in this case.

## InnovaLaw, P.C. Biographical Information

David E. Grochocinski was appointed to the private panel of bankruptcy trustees for the Northern District of Illinois in 1984, and he served in that capacity until his resignation in April

2014.  Besides serving as a panel trustee, Mr. Grochocinski had extensive experience in representing other trustees, debtors and creditors in consumer and commercial bankruptcies, and in non–bankruptcy workouts.  Mr. Grochocinski graduated with honors from John Marshall Law School in 1976, and he was admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.  Mr. Grochocinski was also a member of the Northern District of Illinois Trial Bar.

Kathleen M. McGuire graduated with honors from IIT Chicago-Kent College of Law in 1988, and she has practiced exclusively in the fields of bankruptcy and federal civil litigation since that time.   Ms. McGuire is admitted to practice in the State of Illinois and the United State District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois.  Between 1988 and 2004, Ms. McGuire served as a law clerk to a number of judges in the Bankruptcy Court and District Court.  In private practice, she has represented chapter 7 trustees, debtors and creditors in a wide variety of matters in the Bankruptcy Court and in appeals to the District Court.  Before receiving her law degree, Ms. McGuire practiced as a certified public accountant.

Gricel Gonzalez and Kristine Hubert are or were paralegals with InnovaLaw, P.C.  Both Ms. Gonzalez and Ms. Hubert hold degrees in paralegal studies and have substantial training and experience in bankruptcy matters.

**Conclusion**

Kathleen M. McGuire and InnovaLaw, P.C. request that the Court enter an order allowing a final award of professional compensation in the amount of $21,733.50 and reimbursement of expenses of $405.12, payable as an administrative expense under 11 U.S.C. § 503(b) as funds are available to do so in the discretion of the Successor Trustee.

                                    Respectfully submitted,
                                    InnovaLaw, P.C.

                                    By: /s/ Kathleen M. McGuire
                                              One of the attorneys for Initial Trustee
                                              David E. Grochocinski

Kathleen M. McGuire
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL  60462
Tel: (708) 675-1975
Fax: (708) 675-1786