**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  DECLARK, GARY | § | Case No. 13-19244 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/06/2013. The undersigned trustee was appointed on 04/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      186,467.17

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 124,674.56 |
| Administrative expenses | 627.84 |
| Bank service fees | 3,354.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 4,781.02 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 53,029.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 01/13/2014 and the deadline for filing governmental claims was 11/04/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,334.31. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,334.31, for a total compensation of $12,334.31[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2015     By: /s/ David R. Brown

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page:   3

**Case No.:**   13-19244

**Case Name:**   DECLARK, GARY

**For Period Ending:**   09/25/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   05/06/2013 (f)

**§ 341(a) Meeting Date:**   06/04/2013

**Claims Bar Date:**   01/13/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 176 Orchard St.., Elmhurst, ILL. | 750,000.00 | 0.00 | | 0.00 | FA |
| 2 | 12200 Sun Vista Court West Treasure Island, FLA<br>33706 | 145,000.00 | 9,370.00 | | 0.00 | FA |
| 3 | St Martin Timeshare Caravancerrai Resort, St.<br>Martin | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 4 | Celecbrity Oaks Timeshare, Orlando, FL | 20,000.00 | 0.00 | | 0.00 | FA |
| 5 | 4 bedrooms, living room, dining room, kitchen,<br>family room, 3 bathrooms, basement | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Rolex Submariner Watch | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 40 Year lkd Drum Set, 10, year ikd Vibraphone | 500.00 | 500.00 | | 0.00 | FA |
| 9 | A/G Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Northwestern Mutual Life Insurance Whold life<br>11-042-314 | 3,843.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page:   4

**Case No.:**   13-19244

**Case Name:**   DECLARK, GARY

**For Period Ending:**   09/25/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   05/06/2013 (f)

**§ 341(a) Meeting Date:**   06/04/2013

**Claims Bar Date:**   01/13/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Northwestern Mutual Life Insurance  Whole Life 12-271-869 | 4,522.00 | 0.00 | | 0.00 | FA |
| 12 | Northwestern Mutual Life Insurance Whole Life 10-988-899 | 13,888.00 | 0.00 | | 0.00 | FA |
| 13 | Northwestern Mutual Life Insurance Term Life Insurance 10-474-117 10-403-212 8-573-970 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 401 K | 250,000.00 | 0.00 | | 0.00 | FA |
| 15 | SEI IRA | 88,440.00 | 0.00 | | 0.00 | FA |
| 16 | Riverdale Marina, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | Realty consultants USA Inc. | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | 4000 Shares of Integra Realty Resources, Inc | 150,000.00 | 150,000.00 | | 125,000.00 | FA |
| 19 | Integra Realty Resources-Milwaukee inc. | 0.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:    5

**Case No.:**   13-19244
**Case Name:**   DECLARK, GARY

**For Period Ending:**   09/25/2015

**Trustee Name:**   (330580) David R. Brown
**Date Filed (f) or Converted (c):**   05/06/2013 (f)
**§ 341(a) Meeting Date:**   06/04/2013
**Claims Bar Date:**   01/13/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | 33-1/3 % owner Deek, Zeke & Auntie LP which owns<br>565 Enterprise Dr., Neenah, Wis, with a mortgage of M&I Bank in the amount of $254,000 with a value of 275,000. | 0.00 | 0.00 | OA | 0.00 | FA |
| 21 | 50% owner of 1338 West Rosedale LP, an Illinois<br>LP, which owns 18.75% of 5485 S. Westridge Ct., New Berlin, WI with a mortgage held by M&I Bank in the amount of $1,000,000.00 with a value of $1,000.00 | 0.00 | 0.00 | OA | 0.00 | FA |
| 22 | 33-1/3% owner of Westlake Center LLC, an ILL LLC<br>wich owns 560-566 West Lake St. with a value of $2.2 million and a mortgage owed to Associted Bank of $201 million | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 25% owner in 508 Race Partners, LLCX, an ILL LLC<br>which owns an office building at 508 Race, Urbana, Ill with value of $800,000 and morgage of $800,000 | 0.00 | 0.00 | | 24,034.67 | FA |
| 24 | 50 % owner in 300 West Main Street LLC, an ILL,<br>LLC which owns an office building at 300 W. Main St., Urbana, Ill with value of $500,000 and mortgage of 380,000 | 0.00 | 0.00 | | 24,977.37 | FA |
| 25 | 50% owner in 2401 W. Bradley LLC, an Ill LLC<br>which owns an office building at 2401 W. Bradley, champaign, Ill with value of $600,000 and mortgage of $510,000 | 0.00 | 0.00 | | 2,455.13 | FA |
| 26 | Owner of 16.67% in 801 Walnut Partners LLC, an<br>Ill LLC, owner of an offfice building at 801 N. Walnut, Champaign, Ill with a value of $880,000 and a mortgage of $880,000 | 0.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:    6

**Case No.:**    13-19244

**Case Name:**    DECLARK, GARY

**For Period Ending:**    09/25/2015

**Trustee Name:**    (330580) David R. Brown

**Date Filed (f) or Converted (c):**  05/06/2013 (f)

**§ 341(a) Meeting Date:**  06/04/2013

**Claims Bar Date:**  01/13/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Owner of 50% in D&L Investment Group LLC, an ILL<br>LLC which owned proposed industrial Building at 1952 W. Lake St., Chicago, Ill which was trasnferred by deed in lieu July, 2010 | 0.00 | 0.00 | OA | 0.00 | FA |
| 28 | 02% owner in Riverdale Marina Partnrs LLC, an Il<br>LLC which owns riverdale Marina, 13100 S. Halsted, Riverdale, Ill with a value of $1.5 million and a mortgage of $6.9 million | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | Owner of 28.3% of 128 Investor Group LLC, an Ill<br>LLC which owned 11743 S. Mayfikled in Alsip, Ill which was foreclosed by Harris Bank in October, 2010 | 0.00 | 0.00 | OA | 0.00 | FA |
| 30 | 100% owner and general partner of IRR/RCUSA<br>Limited Partnership, owner of Integra Realty Resources membership services Agreement | 0.00 | 0.00 | OA | 0.00 | FA |
| 31 | Illinois Real estate Brokers License | 0.00 | 0.00 | | 0.00 | FA |
| 32 | certified General Real Estate Appraisers License<br>for Illinois, Wisconsin, Indiana, Georgia, Michigan, Iowa, Minnesota | 0.00 | 0.00 | | 0.00 | FA |
| 33 | 2002 Chevrolet corvette w 67000 miles | 15,000.00 | 15,000.00 | | 10,000.00 | FA |
| 34 | 2003 Jeep Wrangler | 2,349.50 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        7

**Case No.:**   13-19244

**Case Name:**   DECLARK, GARY

**For Period Ending:**   09/25/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   05/06/2013 (f)

**§ 341(a) Meeting Date:**   06/04/2013

**Claims Bar Date:**   01/13/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | 25% owner in The Mayfield Investor Group LLC, an<br>Ill. LLC, which owned 11743 S. Mayfikled in Alsip, Ill. which was foreclosed by<br>Harris Bank in October, 2010 | 0.00 | 0.00 | OA | 0.00 | FA |
| 36 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 37 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 38 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 39 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 40 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 41 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 42 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 43 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 44 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 45 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

**Form 1**
**Individual Estate Property Record and Report**
**Asset Cases**

Page:          8

Case No.:   13-19244
Case Name:   DECLARK, GARY

For Period Ending:   09/25/2015

Trustee Name:        (330580) David R. Brown
Date Filed (f) or Converted (c):   05/06/2013 (f)
§ 341(a) Meeting Date:   06/04/2013
Claims Bar Date:   01/13/2014

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 46 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 47 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 48 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 49 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 50 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 51 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 52 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 53 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 54 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 55 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 56 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 57 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        9

Case No.:   13-19244

Case Name:   DECLARK, GARY

For Period Ending:   09/25/2015

Trustee Name:   (330580) David R. Brown

Date Filed (f) or Converted (c):   05/06/2013 (f)

§ 341(a) Meeting Date:   06/04/2013

Claims Bar Date:   01/13/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 58 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 59 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 60 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 61 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 62 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 63 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 64 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 65 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 66 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 67 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 68 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 69 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:     10

Case No.:   13-19244

Case Name:   DECLARK, GARY

For Period Ending:   09/25/2015

Trustee Name:     (330580) David R. Brown

Date Filed (f) or Converted (c):   05/06/2013 (f)

§ 341(a) Meeting Date:   06/04/2013

Claims Bar Date:   01/13/2014

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 70 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 71 | Void (u) | Unknown | Unknown | | 0.00 | FA |
| | Assets     Totals     (Excluding unknown values) | $1,461,292.50 | $189,870.00 | | $186,467.17 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee is negotiating with bank as to extent of its citation lien on assets of the estate. Upon resolution case should be ready to close. [David R Brown 2014-09-22 18:50:54]

**Initial Projected Date Of Final Report (TFR):**     01/01/2015

**Current Projected Date Of Final Report (TFR):**     09/08/2015

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page:      11

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-19244 | |
| **Case Name:** | DECLARK, GARY | |
| **Taxpayer ID #:** | **-***8295 | |
| **For Period Ending:** | 09/25/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********4401 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2013 | {33} | American Auction Associates, Inc. | Auction proceeds of 2002 Chevrolet Corvette. | 1129-000 | 10,000.00 | | 10,000.00 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | 0.52 | 9,999.48 |
| 01/07/2014 | {18} | Integra Realty Resources, Inc. | Sale of certain shares of Integra Realty Resources to Integra Realty Resources Inc. free and clear of any and all liens, claims and encumbrances pursuant to 11USC363 per order of the court January 3, 2014. | 1129-000 | 125,000.00 | | 134,999.48 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 186.35 | 134,813.13 |
| 02/19/2014 | | American Auction Associates, Inc. | This is an incorrect entry and a double entry of deposit of 12/30/13- and therefore deposit reversed. | 1129-000 | 10,000.00 | | 144,813.13 |
| 02/19/2014 | | American Auction Associates, Inc. | This is an incorrect entry and a double entry of deposit of 12/30/13- and therefore deposit reversed. | 1129-000 | | 10,000.00 | 134,813.13 |

Exhibit B

# Form 2

Page:    12

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-19244 | |
| **Case Name:** | DECLARK, GARY | |
| **Taxpayer ID #:** | **-***8295 | |
| **For Period Ending:** | 09/25/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********4401 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/2014 | 3001 | Donald Dodge and American Auction A | Reimbursement of expenses in connection with sale of vehicle authorized per February 14, 2014 order 3620-000 $-437.96 | 3620-000 | | 437.96 | 134,375.17 |
| 02/28/2014 | 3002 | Georgia DeClark | One half of net proceeds of non filing spouses interest in sale of vehicle per order entered 2/14/14 8500-002 $-4,781.02 | 8500-002 | | 4,781.02 | 129,594.15 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 196.49 | 129,397.66 |
| 03/13/2014 | {25} | 2401 W. Bradley LLC | Final distribution on debtor's membership interest in 2401 W. Bradley LLC following sale of companies only asset (real estate in Champaign) | 1129-000 | 2,455.13 | | 131,852.79 |
| 03/13/2014 | {23} | 508 Race Partners, LLC | Final distribution on debtor's membership interest from 508 Race Partners LLC, following sale of only asset of estate (real estate located in Champaign) | 1129-000 | 24,034.67 | | 155,887.46 |

{} Asset Reference(s)        **UST Form 101-7-TFR (5/1/2011)**                                        ! - transaction has not been cleared

Exhibit B

# Form 2

Page:      13

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-19244 | |
| **Case Name:** | DECLARK, GARY | |
| **Taxpayer ID #:** | **-***8295 | |
| **For Period Ending:** | 09/25/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********4401 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/2014 | {24} | 300 West Main LLC | Final distribution of debtor's membership interest in 300 W. Main LLC following sale of companies only asset ( property located in Champaign) | 1129-000 | 24,977.37 | | 180,864.83 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 249.03 | 180,615.80 |
| 04/02/2014 | 3003 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455 2/01/14 to 2/10/15 2300-000 $-149.88 | 2300-000 | | 149.88 | 180,465.92 |
| 04/30/2014 | | GREEN BANK | bank service fee | 2600-000 | | 281.87 | 180,184.05 |
| 05/30/2014 | | GREEN BANK | bank service fee | 2600-000 | | 300.14 | 179,883.91 |
| 06/09/2014 | | GREEN BANK | bank service fee | 2600-000 | | 65.54 | 179,818.37 |
| 06/10/2014 | | Estate of GARY DECLARK, 13-19244 | transfer by deposit to Bank of NY Mellon | 9999-000 | | 179,818.37 | 0.00 |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:    14

| | |
|---|---|
| **Case No.:** | 13-19244 |
| **Case Name:** | DECLARK, GARY |
| **Taxpayer ID #:** | **-***8295 |
| **For Period Ending:** | 09/25/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | GREEN BANK |
| **Account #:** | ********4401 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 196,467.17 | 196,467.17 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 179,818.37 | |
| | | **Subtotal** | | | 196,467.17 | 16,648.80 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $196,467.17 | $16,648.80 | |

Exhibit B

# Form 2

Page:      15

## Cash Receipts And Disbursements Record

| Case No.: | 13-19244 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DECLARK, GARY | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***8295 | Account #: | **********2461 Checking |
| For Period Ending: | 09/25/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/2014 | | Estate of GARY DECLARK, 13-19244 | Fund transfer TRANSFER OF FUNDS TO DRB AS SUCCESSOR TRUSTEE | 9999-000 | 179,818.37 | | 179,818.37 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 94.84 | 179,723.53 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 267.16 | 179,456.37 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 266.80 | 179,189.57 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 257.83 | 178,931.74 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 266.02 | 178,665.72 |
| 11/13/2014 | 1001 | BMO Harris Bank, N.A. | settlement payment Per Order of November 12, 2014 | 4120-000 | | 124,674.56 | 53,991.16 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 257.06 | 53,734.10 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 91.87 | 53,642.23 |

*{} Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**                              *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:    16

| | | |
|---|---|---|
| **Case No.:** | 13-19244 | |
| **Case Name:** | DECLARK, GARY | |
| **Taxpayer ID #:** | **-***8295 | |
| **For Period Ending:** | 09/25/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | *********2461 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 79.76 | 53,562.47 |
| 02/11/2015 | 1002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 40.00 | 53,522.47 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 71.91 | 53,450.56 |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 79.46 | 53,371.10 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 53,371.10 | 0.00 |
| | | **COLUMN TOTALS** | | | **179,818.37** | **179,818.37** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 179,818.37 | 53,371.10 | |
| | | **Subtotal** | | | **0.00** | **126,447.27** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$126,447.27** | |

Exhibit B

# Form 2

Page:     17

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-19244 | |
| **Case Name:** | DECLARK, GARY | |
| **Taxpayer ID #:** | **-***8295 | |
| **For Period Ending:** | 09/25/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 53,371.10 | | 53,371.10 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.26 | 53,337.84 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.15 | 53,263.69 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.71 | 53,181.98 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.04 | 53,102.94 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.83 | 53,029.11 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **53,371.10** | **341.99** | **$53,029.11** |
| Less: Bank Transfers/CDs | | 53,371.10 | 0.00 | |
| **Subtotal** | | **0.00** | **341.99** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$341.99** | |

Exhibit B

# Form 2

Page: 18

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-19244 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | DECLARK, GARY | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8295 | **Account #:** | ******0366 Checking Account |
| **For Period Ending:** | 09/25/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $196,467.17 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $4,781.02 |
| Net Estate: | $191,686.15 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********4401 Checking Account | $196,467.17 | $16,648.80 | $0.00 |
| **********2461 Checking | $0.00 | $126,447.27 | $0.00 |
| ******0366 Checking Account | $0.00 | $341.99 | $53,029.11 |
| | $196,467.17 | $143,438.06 | $53,029.11 |

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

## Analysis of Claims Register

Case: 13-19244                    GARY DECLARK

Claims Bar Date: 01/13/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | PINNACLE CAPITAL 615 Commerce Street #101 Tacoma, WA 98402 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/01/13 | | $14,929.15 $14,929.15 | $0.00 | $14,929.15 |
| 15S-1 | AEL Financial,LLC, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 11/26/13 | | $89,681.08 $89,681.08 | $0.00 | $89,681.08 |
| 16 | PrivateBank And Trust Company c/o Martin D. Tasch, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 01/13/14 | | $492,102.08 $492,102.08 | $0.00 | $492,102.08 |
| 17 | PrivateBank And Trust Company c/o Martin D. Tasch, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 01/13/14 | | $96,282.00 $96,282.00 | $0.00 | $96,282.00 |
| ATTY EXP | PC INNOVALAW 1900 Ravinia Palce Orland Park, IL 60462 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 08/08/14 | | $405.12 $405.12 | $0.00 | $405.12 |
| | Attorney for Trustee: order entered 8/8/14 approving fees and expense. | | | | | |
| ATTY FEE | PC INNOVALAW 1900 Ravinia Palce Orland Park, IL 60462 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 08/08/14 | | $21,733.50 $21,733.50 | $0.00 | $21,733.50 |
| | Attorney for Trustee: order entered 8/8/14 approving fees and expenses. | | | | | |
| TR COMP | DAVID E. GROCHOCINSKI 10520 Ravinia Place Suite 29 Orland Park, IL 60462 <2100-000 Trustee Compensation> , 200 | Administrative 09/25/15 | | $11,334.31 $11,334.31 | $0.00 | $11,334.31 |

**Exhibit C**

## Analysis of Claims Register

Case: 13-19244                                    GARY DECLARK

Claims Bar Date: 01/13/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TR COMP | DAVID R BROWN<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>04/30/15 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| 2P-1 | Illinois Department of Revenue Bankruptcy Section,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/17/13 | | $20,315.37<br>$20,315.37 | $0.00 | $20,315.37 |
| 2U | Illinois Department of Revenue Bankruptcy Section,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/17/13 | | $3,666.26<br>$3,666.26 | $0.00 | $3,666.26 |
| 4 | EVANS NATIONAL LEASING, INC.<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203-1995<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: (4-1) Guaranty of Equipment Lease for Riverdale Marina, Inc. | Unsecured<br>07/18/13 | | $70,345.59<br>$70,345.59 | $0.00 | $70,345.59 |
| 5 | ASSOCIATED BANK, NA<br>Chuhak & Tecson, P.C. c/o Kevin R. Purti<br>30 S. Wacker Drive, Ste. 2600<br>Chicago, IL 60606<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: (5-1) Breach of Contract | Unsecured<br>08/15/13 | | $2,558,627.42<br>$2,558,627.42 | $0.00 | $2,558,627.42 |
| 6 | BMO HARRIS BANK N. A. (AMCORE BANK<br>Carlson Dash, LLC<br>216 S. Jefferson Street, Suite 504<br>Chicago, IL 60661<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/13 | | $8,851,611.04<br>$8,851,611.04 | $0.00 | $8,851,611.04 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/13 | | $24,345.85<br>$24,345.85 | $0.00 | $24,345.85 |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit C

## Analysis of Claims Register

Case: 13-19244                    GARY DECLARK

Claims Bar Date: 01/13/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | GREAT LAKES BANK, N.A. William M. Smith & Associates 8102 W. 119th St., Suite 150 Palos Park, IL 60464 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/05/13 | | $95,253.92 $95,253.92 | $0.00 | $95,253.92 |
| 9 | GREAT LAKES BANK, N.A. William M. Smith & Associates 8102 W. 119th St., Suite 150 Palos Park, IL 60464 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/05/13 | | $38,075.80 $38,075.80 | $0.00 | $38,075.80 |
| 10 | RATHJE & WOODWARD, LLC 300 East Roosevelt Road Suite 300 Wheaton, IL 60187 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/06/13 | | $44,242.77 $44,242.77 | $0.00 | $44,242.77 |
| 11-1 | Matthew J. Ochalski Michael K Desmond c/o Figliulo & Silverman PC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/06/13 | | $128,000.00 $128,000.00 | $0.00 | $128,000.00 |
| 13 | KSP ACQUISITION CORPORATION c/o Teller, Levit & Silvertrust, P.C. 19 South LaSalle, Suite 701 Chicago, IL 60603 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/19/13 | | $125,245.84 $125,245.84 | $0.00 | $125,245.84 |
| 14 | Ozinga Bros., Inc. c/o Ruff, Weidenaar & Reidy, Ltd., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/19/13 | | $717,885.14 $717,885.14 | $0.00 | $717,885.14 |
| 15U | AEL Financial,LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/26/13 | | $18,814.96 $18,814.96 | $0.00 | $18,814.96 |

**Exhibit C**

## Analysis of Claims Register

**Case:** 13-19244                    **GARY DECLARK**

Claims Bar Date: 01/13/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | MB Financial Bank, N.A. c/o David R. Doyle, Shaw Fishman Glantz & Towbin LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/02/14 | | $369,699.20 $369,699.20 | $0.00 | $369,699.20 |
| | Order allowing claim to be filed after claims bar date as filed timely entered 5/2/14 | | | | | |
| 19 | Amanda Bina 2600 N. Hampden Crt. Unit A4 Chicago, IL 60614 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 07/13/15 | | $14,000.00 $0.00 | $0.00 | $0.00 |
| | Order disallowing claim  entered 8/28/15. | | | | | |

|  |  | | | **Case Total:** | **$0.00** | **$13,793,596.40** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-19244
Case Name: GARY DECLARK
Trustee Name: David R. Brown

**Balance on hand:**   $              53,029.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | PINNACLE CAPITAL | 14,929.15 | 14,929.15 | 0.00 | 0.00 |
| 15S-1 | AEL Financial,LLC | 89,681.08 | 89,681.08 | 0.00 | 0.00 |
| 16 | PrivateBank And Trust Company c/o Martin D. Tasch | 492,102.08 | 492,102.08 | 0.00 | 0.00 |
| 17 | PrivateBank And Trust Company c/o Martin D. Tasch | 96,282.00 | 96,282.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $              0.00
Remaining balance:   $              53,029.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID E. GROCHOCINSKI | 11,334.31 | 0.00 | 11,334.31 |
| Attorney for Trustee Fees - PC INNOVALAW | 21,733.50 | 0.00 | 21,733.50 |
| Trustee, Fees - DAVID R BROWN | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Expenses - PC INNOVALAW | 405.12 | 0.00 | 405.12 |

Total to be paid for chapter 7 administrative expenses:   $              34,472.93
Remaining balance:   $              18,556.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $              0.00
Remaining balance:   $              18,556.18

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,315.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P-1 | Illinois Department of Revenue Bankruptcy Section | 20,315.37 | 0.00 | 18,556.18 |

Total to be paid for priority claims: $ 18,556.18
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,045,813.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury - Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue Bankruptcy Section | 3,666.26 | 0.00 | 0.00 |
| 4 | EVANS NATIONAL LEASING, INC. | 70,345.59 | 0.00 | 0.00 |
| 5 | ASSOCIATED BANK, NA | 2,558,627.42 | 0.00 | 0.00 |
| 6 | BMO HARRIS BANK N. A. (AMCORE BANK | 8,851,611.04 | 0.00 | 0.00 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 24,345.85 | 0.00 | 0.00 |
| 8 | GREAT LAKES BANK, N.A. | 95,253.92 | 0.00 | 0.00 |
| 9 | GREAT LAKES BANK, N.A. | 38,075.80 | 0.00 | 0.00 |
| 10 | RATHJE & WOODWARD, LLC | 44,242.77 | 0.00 | 0.00 |
| 11-1 | Matthew J. Ochalski Michael K Desmond c/o Figliulo & Silverman PC | 128,000.00 | 0.00 | 0.00 |
| 12 | LINDA L. OCHALSKI | 0.00 | 0.00 | 0.00 |
| 13 | KSP ACQUISITION CORPORATION | 125,245.84 | 0.00 | 0.00 |
| 14 | Ozinga Bros., Inc. c/o Ruff, Weidenaar & Reidy, Ltd. | 717,885.14 | 0.00 | 0.00 |
| 15U | AEL Financial,LLC | 18,814.96 | 0.00 | 0.00 |
| 18 | MB Financial Bank, N.A. c/o David R. Doyle, Shaw Fishman Glantz & Towbin LLC | 369,699.20 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 19 | Amanda Bina | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| | | None | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00