**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DECLARK, GARY | § § § § | Case No. 13-19244 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/30/2015 in Courtroom 240, Old Kane County Courthouse Courthouse, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>09/25/2015</u>   By: /s/ David R. Brown
                                Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DECLARK, GARY § Case No. 13-19244
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 186,467.17 |
| *and approved disbursements of:* | $ | 133,438.06 |
| *leaving a balance on hand of[1]:* | $ | 53,029.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | PINNACLE CAPITAL | 14,929.15 | 14,929.15 | 0.00 | 0.00 |
| 15S-1 | AEL Financial,LLC | 89,681.08 | 89,681.08 | 0.00 | 0.00 |
| 16 | PrivateBank And Trust Company c/o Martin D. Tasch | 492,102.08 | 492,102.08 | 0.00 | 0.00 |
| 17 | PrivateBank And Trust Company c/o Martin D. Tasch | 96,282.00 | 96,282.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 53,029.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID E. GROCHOCINSKI | 11,334.31 | 0.00 | 11,334.31 |
| Attorney for Trustee Fees - PC INNOVALAW | 21,733.50 | 0.00 | 21,733.50 |
| Attorney for Trustee, Expenses - PC INNOVALAW | 405.12 | 0.00 | 405.12 |
| Trustee, Fees - DAVID R BROWN | 1,000.00 | 0.00 | 1,000.00 |

Total to be paid for chapter 7 administrative expenses:   $   34,472.93
Remaining balance:   $   18,556.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   18,556.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,315.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P-1 | Illinois Department of Revenue Bankruptcy Section | 20,315.37 | 0.00 | 18,556.18 |

Total to be paid for priority claims:   $   18,556.18
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,045,813.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Department of the Treasury - Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue Bankruptcy Section | 3,666.26 | 0.00 | 0.00 |
| 4 | EVANS NATIONAL LEASING, INC. | 70,345.59 | 0.00 | 0.00 |
| 5 | ASSOCIATED BANK, NA | 2,558,627.42 | 0.00 | 0.00 |
| 6 | BMO HARRIS BANK N. A. (AMCORE BANK | 8,851,611.04 | 0.00 | 0.00 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 24,345.85 | 0.00 | 0.00 |
| 8 | GREAT LAKES BANK, N.A. | 95,253.92 | 0.00 | 0.00 |
| 9 | GREAT LAKES BANK, N.A. | 38,075.80 | 0.00 | 0.00 |
| 10 | RATHJE & WOODWARD, LLC | 44,242.77 | 0.00 | 0.00 |
| 11-1 | Matthew J. Ochalski Michael K Desmond c/o Figliulo & Silverman PC | 128,000.00 | 0.00 | 0.00 |
| 12 | LINDA L. OCHALSKI | 0.00 | 0.00 | 0.00 |
| 13 | KSP ACQUISITION CORPORATION | 125,245.84 | 0.00 | 0.00 |
| 14 | Ozinga Bros., Inc. c/o Ruff, Weidenaar & Reidy, Ltd. | 717,885.14 | 0.00 | 0.00 |
| 15U | AEL Financial,LLC | 18,814.96 | 0.00 | 0.00 |
| 18 | MB Financial Bank, N.A. c/o David R. Doyle, Shaw Fishman Glantz & Towbin LLC | 369,699.20 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 19 | Amanda Bina | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

David R. Brown: /s/ David R. Brown
Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Gary K. DeClark
    Debtor

Case No. 13-19244-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dross    Page 1 of 3    Date Rcvd: Sep 30, 2015
                Form ID: pdf006    Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2015.
```
db           +Gary K. DeClark,    176 Orchard St.,    Elmhurst, IL 60126-4070
20446948     +2401 W. Bradley LLC,    c/o Michael Samis,    100 W. Monroe St., St. 2100,
               Chicago, IL 60603-1967
20446949     +300 W. Main LLC,    c/o Michael Samis,    100 W. Monroe St., St. 2100,    Chicago, IL 60603-1967
20446950     +508 Race LLC,    c/o James Wolf,    33 N. Dearborn St. 800,    Chicago, IL 60602-3194
20446951     +801 Walnut,    James Wolf,    33 North dearborn, St. 800,    Chicago, IL 60602-3194
20446952     +AEL Financial,    c/o Deborah Ashen,    217 N. Jefferson #600,    Chicago, IL 60661-1114
21272271     +AEL Financial,LLC,    600 North Buffalo Grove Rd.,    Buffalo Grove, IL 60089-2411
20446953    ++++AJ LAVALLIE,    THE ADVISORS GROUP,    18W140 BUTTERFIELD RD STE 360,
               OAKBROOK TERRACE IL 60181-4850
             (address filed with court: AJ Lavallie,    The Advisors Group,    One Lincoln Center #360,
               Villa Park, IL 60181)
23485854     +Amanda Bina,    2600 N. Hampden Ct.,    Unit A4,    Chicago, IL 60614-1765
20446954     +Anchor Bank,    18200 W. Capitol Dr.,    Sr. 200,    Brookfield, WI 53045-1445
20446955     +Associated Bank,    2870 Holmgren Way,    Green Bay, WI 54304-5714
20875609     +Associated Bank, N.A.,    Chuhak & Tecson, P.C. c/o Kevin R. Purti,
               30 S. Wacker Drive, Ste. 2600,    Chicago, IL 60606-7512
20904914     +BMO Harris Bank N.A. (Amcore Bank, N.A.),    c/o Martin J. Wasserman,    Carlson Dash, LLC,
               216 S. Jefferson Street, Suite 504,    Chicago, IL 60661-5698
20446956     +Chase Bank,    c/o Frederick J. Hann & Assoc,    1427 Roswell Rd.,    Marietta, GA 30062-3668
20446957     +Chase Home Finance,    PO 9001871,    Louisville, KY 40290-1871
20446958     +CitiBusiness,    PO 6235,    Sioux Falls, SD 57117-6235
20446959      Deke, Zeek & Auntie LLC,    c/o Gary DeClark,    566 W. Lake St., St. 320,    Chicago, IL 60661
20446960      Division Street Partners,    John Tinnen, Graphic Converting Co,    795 Larch St.,
               Elmhurst, IL 60126
20745045      Evans National Leasing, Inc.,    c/o GETMAN & BIRYLA, LLP,    800 Rand Building,
               14 Lafayette Square,    Buffalo, New York 14203-1995
20446962     +Great Lakes Bank, N.A.,    c/o William Smith,    William M. Smith & Associates,
               8102 W. 119th St., Suite 150,    Palos Park, IL 60464-3081
20446963     +Harris Bank,    c/o Much Shelist,    191 Wacker Dr., #1800,    Chicago, IL 60606-1631
20446964     +Horizon Bank,    Chex Systems Coll. Agency,    Dept. 9500,    Los Angeles, CA 90084-0001
20446965     +Ice Miller,    200 W. Madison, St. 3500,    Chicago, IL 60606-3417
20446967     +Illinois Dept of Labor,    100 W. Randolph 13-194,    Chicago, IL 60601-3218
20446969      James Wolfe,    33 N. Dearborn,    St. 800,    Chicago, IL 60603
21807870     +KSP Acquisition,    c/o Teller Levitt,    11 E. Adams St., 8th Fl.,    Chicago, IL 60603-6301
20446970     +KSP Acquistion Corporation,    d/b/a CM Fnancial Corporation,
               c/o Teller, Levit & Silvertrust, P.C.,    19 South LaSalle, Suite 701,    Chicago, IL 60603-1431
20446971     +Lake Forest Bank,    727 North Bank lane,    Lake Forest, IL 60045-1898
20961282     +Linda L. Ochalski,    Michael K Desmond,    c/o Figliulo & Silverman PC,
               10 S Lasalle Street, Ste 3600,    Chicago, IL 60603-1032
20446972     +M & I Bank,    422 E. Mason St.,    Milwaukee, WI 53202-3703
21807872     +MB Financial,    6111 North River Road,    Des Plaines, IL 60018-5111
21884298     +MB Financial Bank, N.A.,    c/o David R. Doyle, Shaw Fishman,    Glantz & Towbin LLC,
               321 N. Clark St.,Ste 800,    Chicago, IL 60654-4766
20446973     +Mark McAndrew,    300 E. Roosevelt Rd.,    st. 300,    Wheaton, IL 60187-1908
20961244     +Matthew J. Ochalski,    Michael K Desmond,    c/o Figliulo & Silverman PC,
               10 S Lasalle St., Ste 3600,    Chicago, IL 60603-1032
20446975     +Metropolitan Bank,    c/o Martin & Karcazes,    161 N. Clark St., St. 550,
               Chicago, IL 60601-3376
20446976     +Northwestern Mutual,    c/o David A Deegan,    1 N Wacker Dr., St. 4600,    Chicago, IL 60606-2841
20446977     +Northwestern Mutual Life,    c/o David Degen,    720 E. Wisconsin Ave.,
               Milwaukee, WI 53202-4703
21236969     +Ozinga Bros., Inc.,    c/o Ruff, Weidenaar & Reidy, Ltd.,    222 N. LaSalle St., Suite 700,
               Chicago, Illinois 60601-1024
20446979      Pawnee Leasing,    c/o Kevin kelly,    10 E. 22nd St., St. 216,    Lombard, IL 60148
20446980     +Pinnacle Business Finance,    c/o Riordan McKee,    20 N. Wacker Dr., St. 910,
               Chicago, IL 60606-2901
20684972     +Pinnacle Capital,    615 Commerce Street #101,    Tacoma, WA 98402-4605
20446981     +Private Bank,    70 W. Madison St.,    Chicago, IL 60602-4282
20959355     +Rathje & Woodward, LLC,    300 East Roosevelt Road,    Suite 300,    Wheaton, Illinois 60187-1908
20446982      Realty Consultants USA Inc.,    566 W. Lake St., St. 320,    Chicago, IL 60661
20446983     +Rosedale LP,    c/o Edwin Setlik,    721 Enterprise Dr., St. 201,    Oak Brook, IL 60523-1994
20446984     +Time Payment Corp,    c/o Markoff Krasney,    29 N. Wacker Dr., #500,    Chicago, IL 60606-3227
20446985     +Wells Fargo Home Mortgage,    PO 5296,    Carol Stream, IL 60197-5296
20446986      Westlake Partners,    566 W. Lake St., St. 320,    Chicago, IL 60661
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20446968      E-mail/Text: cio.bncmail@irs.gov Oct 01 2015 01:00:26      Department of the Treasury -,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20446966      E-mail/Text: rev.bankruptcy@illinois.gov Oct 01 2015 01:00:55
               Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph Street,
               Chicago, IL 60602
20616749      E-mail/Text: rev.bankruptcy@illinois.gov Oct 01 2015 01:00:55
               Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
```

```
District/off: 0752-1           User: dross                  Page 2 of 3                   Date Rcvd: Sep 30, 2015
                               Form ID: pdf006              Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20926506       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2015 00:57:38
                 PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 19008,     Greenville, SC 29602-9008
21409590       +E-mail/Text: mtasch@momlaw.com Oct 01 2015 01:01:11       Private Bank And Trust Company,
                 c/o Martin D. Tasch,   Malecki, Tasch & Burns, LLC,     903 Commerce, Suite 160,
                 Oak Brook, IL 60523-8830
20551169       +E-mail/Text: mtasch@momlaw.com Oct 01 2015 01:01:11       PrivateBank And Trust Company,
                 c/o Martin D. Tasch,   903 Commerce Drive, Suite 160,    Oak Brook, IL 60523-8830
                                                                                                 TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20446974        MB Financial
20446978        Ozinga Bros.,   c/o Ruff Weidenaar,   222 N. LaSalle #700
21807873        Ozinga Bros.,   c/o Ruff Weidenaar,   222 N. LaSalle #700
21807874        Win trust
20446987        Wintrust
21807871*      +Lake Forest Bank,   727 North Bank lane,   Lake Forest, IL 60045-1898
20446961      ##+Gary Gray,   726 Forest Glen Lane,   Oak Brook, IL 60523-1538
                                                                                      TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2015                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2015 at the address(es) listed below:
```
              Colleen E McManus    on behalf of Creditor    BMO Harris Bank N.A. cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              David Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              David R Brown, ESQ    on behalf of Trustee David E Grochocinski dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              David R Doyle    on behalf of Creditor   MB Financial Bank, N.A. ddoyle@shawfishman.com,
               kjanecki@shawfishman.com
              Derek Johnson    on behalf of Creditor    Rathje & Woodward, LLC djohnson@bellockcoogan.com,
               kthompson@bellockcoogan.com
              John R Potts    on behalf of Creditor    Lake Forest Bank ryan@brotschulpotts.com,
               solesch@brotschulpotts.com
              Joshua D. Greene    on behalf of Debtor Gary K. DeClark jgreene@springerbrown.com,
               iprice@springerbrown.com;jkrafcisin@springerbrown.com
              Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              Kevin R Purtill    on behalf of Creditor    Associated Bank, N.A. kpurtill@chuhak.com,
               nmatthiscyk@chuhak.com
              Kurt M. Carlson    on behalf of Creditor    BMO Harris Bank N.A. kcarlson@carlsondash.com,
               knoonan@carlsondash.com;bmurzanski@carlsondash.com
              Martin D. Tasch    on behalf of Creditor    PrivateBank and Trust Company mtasch@momlaw.com
              Martin J Wasserman    on behalf of Creditor    BMO Harris Bank N.A. mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Michael Bregman    on behalf of Creditor    Ozinga Bros., Inc. mbregman@rfbnlaw.com
              Michael J. Davis    on behalf of Debtor Gary K. DeClark mdavis@bknmurray.com,
               davislaw80@gmail.com;llarson@bknmurray.com
              Michele M Springer    on behalf of Trustee David R Brown, ESQ mspringer@springerbrown.com,
               marigonzo@springerbrown.com
```

```
District/off: 0752-1           User: dross                 Page 3 of 3                  Date Rcvd: Sep 30, 2015
                               Form ID: pdf006             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Samantha  Babcock    on behalf of Creditor   Associated Bank, N.A. sbabcock@chuhak.com, rsaldivar@chuhak.com
          William S Hackney, III    on behalf of Creditor    Integra Realty Resources, Inc. whackney@salawus.com, jadams@salawus.com

                                                                    TOTAL: 19

Case 13-19244   Doc 122   Filed 09/30/15   Entered 10/02/15 23:32:04   Desc Imaged
Certificate of Notice    Page 8 of 8