# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DECLARK, GARY § Case No. 13-19244-DRC
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,296,292.50         Assets Exempt: $345,090.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $143,230.74     Claims Discharged
                                                 Without Payment: $13,047,572.98

Total Expenses of Administration: $38,455.41

3) Total gross receipts of $ 186,467.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,781.02 (see **Exhibit 2**), yielded net receipts of $181,686.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $817,668.87 | $817,668.87 | $124,674.56 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,455.41 | 38,455.41 | 38,455.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 20,315.37 | 20,315.37 | 18,556.18 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 13,059,813.79 | 13,045,813.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,936,253.44 | $13,922,253.44 | $181,686.15 |

    4) This case was originally filed under Chapter 7 on April 16, 2014. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2016    By: /s/David R. Brown
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| This is an incorrect entry and a double entry of | 1129-000 | -10,000.00 |
| 4000 Shares of Integra Realty Resources, Inc | 1129-000 | 125,000.00 |
| 25% owner in 508 Race Partners, LLCX, an ILL LLC | 1129-000 | 24,034.67 |
| 50 % owner in 300 West Main Street LLC, an ILL, | 1129-000 | 24,977.37 |
| 50% owner in 2401 W. Bradley LLC, an Ill LLC | 1129-000 | 2,455.13 |
| 2002 Chevrolet corvette w 67000 miles | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$186,467.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Georgia DeClark | One half of net proceeds of non filing spouses interest in sale of vehicle per order entered 2/14/14~~ 8500-002   $-4,781.02 | 8500-000 | 4,781.02 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,781.02** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PINNACLE CAPITAL | 4110-000 | N/A | 14,929.15 | 14,929.15 | 0.00 |
| 15S | AEL Financial, LLC | 4110-000 | N/A | 89,681.08 | 89,681.08 | 0.00 |
| 16 | PrivateBank And Trust Company c/o Martin D. Tasch | 4110-000 | N/A | 492,102.08 | 492,102.08 | 0.00 |
| 17 | PrivateBank And Trust Company c/o Martin D. Tasch | 4110-000 | N/A | 96,282.00 | 96,282.00 | 0.00 |
| | BMO Harris Bank, N.A. | 4120-000 | N/A | 124,674.56 | 124,674.56 | 124,674.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $0.00 | $817,668.87 | $817,668.87 | $124,674.56 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID E. GROCHOCINSKI | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID R BROWN | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| DAVID GROCHOCINSKI | 2100-000 | N/A | 11,334.31 | 11,334.31 | 11,334.31 |
| INNOVALAW PC | 3120-000 | N/A | 405.12 | 405.12 | 405.12 |
| INNOVALAW PC | 3110-000 | N/A | 21,733.50 | 21,733.50 | 21,733.50 |
| Donald Dodge and American Auction A | 3620-000 | N/A | 437.96 | 437.96 | 437.96 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 149.88 | 149.88 | 149.88 |
| Green Bank | 2600-000 | N/A | 0.52 | 0.52 | 0.52 |
| Green Bank | 2600-000 | N/A | 186.35 | 186.35 | 186.35 |
| Green Bank | 2600-000 | N/A | 196.49 | 196.49 | 196.49 |
| Green Bank | 2600-000 | N/A | 249.03 | 249.03 | 249.03 |
| GREEN BANK | 2600-000 | N/A | 281.87 | 281.87 | 281.87 |
| GREEN BANK | 2600-000 | N/A | 300.14 | 300.14 | 300.14 |
| GREEN BANK | 2600-000 | N/A | 65.54 | 65.54 | 65.54 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 40.00 | 40.00 | 40.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 94.84 | 94.84 | 94.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 267.16 | 267.16 | 267.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 266.80 | 266.80 | 266.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 257.83 | 257.83 | 257.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 266.02 | 266.02 | 266.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 257.06 | 257.06 | 257.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 91.87 | 91.87 | 91.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.76 | 79.76 | 79.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.91 | 71.91 | 71.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.46 | 79.46 | 79.46 |
| Rabobank, N.A. | 2600-000 | N/A | 33.26 | 33.26 | 33.26 |
| Rabobank, N.A. | 2600-000 | N/A | 74.15 | 74.15 | 74.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 81.71 | 81.71 | 81.71 |
| Rabobank, N.A. | 2600-000 | N/A | 79.04 | 79.04 | 79.04 |
| Rabobank, N.A. | 2600-000 | N/A | 73.83 | 73.83 | 73.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $38,455.41 | $38,455.41 | $38,455.41 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 20,315.37 | 20,315.37 | 18,556.18 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $20,315.37 | $20,315.37 | $18,556.18 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury - Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 3,666.26 | 3,666.26 | 0.00 |
| 4 | EVANS NATIONAL LEASING, INC. | 7100-000 | N/A | 70,345.59 | 70,345.59 | 0.00 |
| 5 | ASSOCIATED BANK, NA | 7100-000 | N/A | 2,558,627.42 | 2,558,627.42 | 0.00 |
| 6 | BMO HARRIS BANK N. A. (AMCORE BANK | 7100-000 | N/A | 8,851,611.04 | 8,851,611.04 | 0.00 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | N/A | 24,345.85 | 24,345.85 | 0.00 |
| 8 | GREAT LAKES BANK, N.A. | 7100-000 | N/A | 95,253.92 | 95,253.92 | 0.00 |
| 9 | GREAT LAKES BANK, N.A. | 7100-000 | N/A | 38,075.80 | 38,075.80 | 0.00 |
| 10 | RATHJE & WOODWARD, LLC | 7100-000 | N/A | 44,242.77 | 44,242.77 | 0.00 |
| 11 | Matthew J. Ochalski Michael K Desmond c/o Figliulo & | 7100-000 | N/A | 128,000.00 | 128,000.00 | 0.00 |
| 12 | LINDA L. OCHALSKI | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | KSP ACQUISITION CORPORATION | 7100-000 | N/A | 125,245.84 | 125,245.84 | 0.00 |
| 14 | Ozinga Bros., Inc. c/o Ruff, Weidenaar & Reidy, Ltd. | 7100-000 | N/A | 717,885.14 | 717,885.14 | 0.00 |
| 15U | AEL Financial, LLC | 7100-000 | N/A | 18,814.96 | 18,814.96 | 0.00 |
| 18 | MB Financial Bank, N.A. c/o David R. Doyle, Shaw Fishman | 7100-000 | N/A | 369,699.20 | 369,699.20 | 0.00 |
| 19 | Amanda Bina | 7200-000 | N/A | 14,000.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $13,059,813.79 | $13,045,813.79 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY  

**Trustee:** (330580)   David R. Brown  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/04/13  

**Period Ending:** 09/02/16  

**Claims Bar Date:** 01/13/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 176 Orchard St.., Elmhurst, ILL. | 750,000.00 | Unknown | | 0.00 | FA |
| 2 | 12200 Sun Vista Court West Treasure Island, FLA 33706 | 145,000.00 | 9,370.00 | | 0.00 | FA |
| 3 | St Martin Timeshare Caravancerrai Resort, St. Martin | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 4 | Celecbrity Oaks Timeshare, Orlando, FL | 20,000.00 | 0.00 | | 0.00 | FA |
| 5 | 4 bedrooms, living room, dining room, kitchen, family rooom, 3 bathrooms, basement | 1,500.00 | Unknown | | 0.00 | FA |
| 6 | Personal Clothing | 250.00 | Unknown | | 0.00 | FA |
| 7 | Rolex Submariner Watch | 1,000.00 | Unknown | | 0.00 | FA |
| 8 | 40 Year Ikd Drum Set, 10, year ikd Vibraphone | 500.00 | Unknown | | 0.00 | FA |
| 9 | A/G Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Northwestern Mutual Life Insurance Whold life 11-042-314 | 3,843.00 | Unknown | | 0.00 | FA |
| 11 | Northwestern Mutual Life Insurance Whole Life 12-271-869 | 4,522.00 | Unknown | | 0.00 | FA |
| 12 | Northwestern Mutual Life Insurance Whole Life 10-988-899 | 13,888.00 | Unknown | | 0.00 | FA |
| 13 | Northwestern Mutual Life Insurance Term Life Insurance~~~~10-474-117~~~~10-403-212~~~~8-573-970 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 401 K | 250,000.00 | Unknown | | 0.00 | FA |
| 15 | SEI IRA | 88,440.00 | Unknown | | 0.00 | FA |
| 16 | Riverdale Marina, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Realty consultants USA Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 4000 Shares of Integra Realty Resources, Inc | 150,000.00 | Unknown | | 125,000.00 | FA |
| 19 | Integra Realty Resources-Milwaukee inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 33-1/3 % owner Deek, Zeke & Auntie LP which owns 565 Enterprise Dr., Neenah, Wis, with a mortgage of | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY  

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/04/13  

**Period Ending:** 09/02/16  
**Claims Bar Date:** 01/13/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| M & I Bank in the amount of $254,000 with a value of 275,000. | | | | | |
| 21  50% owner of 1338 West Rosedale LP, an Illinois LP, which owns 18.75% of 5485 S. Westridge Ct., New Berlin, WI with a mortgage held by M & I Bank in the amount of $1,000,000.00 with a value of $1,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 22  33-1/3% owner of Westlake Center LLC, an ILL LLC which owns 560 - 566 West Lake St. with a value of $2.2 million and a mortgage owed to Associated Bank of $201 million | 0.00 | 0.00 | | 0.00 | FA |
| 23  25% owner in 508 Race Partners, LLCX, an ILL LLC which owns an office building at 508 Race, Urbana, Ill with value of $800,00 and mortgage of $800,000 | 0.00 | 0.00 | | 24,034.67 | FA |
| 24  50 % owner in 300 West Main Street LLC, an ILL, LLC which owns an office building at 300 W. Main St., Urbana, Ill with value of $500,00 and mortgage of 380,000 | 0.00 | 0.00 | | 24,977.37 | FA |
| 25  50% owner in 2401 W. Bradley LLC, an Ill LLC which owns an office building at 2401 W. Bradley, Champaign, Ill with value of $600,000 and mortgage of $510,000 | 0.00 | 0.00 | | 2,455.13 | FA |
| 26  Owner of 16.67% in 801 Walnut Partners LLC, an Ill LLC, owner of an office building at 801 N. Walnut, Champaign, Ill with a value of $880,00 and mortgage of $880,000 | 0.00 | 0.00 | | 0.00 | FA |
| 27  Owner of 50% in D&L Investment Group LLC, an ILL LLC which owned proposed Industrrial Buidling at 1952 W. Lake St., Chicago, Ill which was transferred by deek in lieu July, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 28  02% owner in Riverdale Marina Partnrs LLC, an Il LLC which owns Riverdale Marina, 13100 S. Halsted, Riverdale, Ill with a value of $1.5 million and a mortgage of $6.9 million | 0.00 | 0.00 | | 0.00 | FA |
| 29  Owner of 28.3% of 128 Investor Group LLC, an Ill LLC wheich owned 11743 S. Mayfikled in Alsip, Ill | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY

**Period Ending:** 09/02/16

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/04/13  
**Claims Bar Date:** 01/13/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | which was foreclosed by Harris Bank in October, 2010 |  |  |  |  |  |
| 30 | 100% owner and general partner of IRR/RCUSA Limited Partnership, owner of Integra Realty Resources memebership services Agreement | 0.00 | 0.00 |  | 0.00 | FA |
| 31 | Illinois Real estate Brokers License | 0.00 | 0.00 |  | 0.00 | FA |
| 32 | certified General Real Estate Appraisers License for Illinois, Wisconsin, Indiana, Georgia, Michigan, Iowa, Minnesota | 0.00 | 0.00 |  | 0.00 | FA |
| 33 | 2002 Chevrolet corvette w 67000 miles | 15,000.00 | Unknown |  | 20,000.00 | FA |
| 34 | 2003 Jeep Wrangler | 2,349.50 | Unknown |  | 0.00 | FA |
| 35 | 25% owner in The Mayfield Investor Group LLC, an Ill. LLC, which owned 11743 S. Mayfikled in Alsip, Ill. which was foreclosed by Harris Bank in October, 2010 | 0.00 | 0.00 |  | 0.00 | FA |
| 36 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 37 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 38 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 39 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 40 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 41 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 42 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 43 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 44 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 45 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 46 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 47 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 48 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 49 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 50 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |
| 51 | Void (u) | Unknown | 0.00 |  | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY  

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/04/13  

**Period Ending:** 09/02/16  
**Claims Bar Date:** 01/13/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 52 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 53 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 54 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 55 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 56 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 57 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 58 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 59 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 60 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 61 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 62 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 63 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 64 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 65 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 66 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 67 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 68 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 69 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 70 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 71 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 71 | **Assets** **Totals** (Excluding unknown values) | **$1,461,292.50** | **$24,370.00** | | **$196,467.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 09/02/2016 12:50 PM    V.13.28

Exhibit 8

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19244-DRC  **Trustee:** (330580) David R. Brown
**Case Name:** DECLARK, GARY  **Filed (f) or Converted (c):** 04/16/14 (f)
 **§341(a) Meeting Date:** 06/04/13
**Period Ending:** 09/02/16  **Claims Bar Date:** 01/13/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 1, 2015   **Current Projected Date Of Final Report (TFR):** September 25, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY  
**Taxpayer ID #:** **-***8295  
**Period Ending:** 09/02/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** GREEN BANK  
**Account:** ********4401 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/13 | {33} | American Auction Associates, Inc. | Auction proceeds of 2002 Chevrolet Corvette. | 1129-000 | 10,000.00 | | 10,000.00 |
| 12/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 0.52 | 9,999.48 |
| 01/07/14 | {18} | Integra Realty Resources, Inc. | | 1129-000 | 125,000.00 | | 134,999.48 |
| 01/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 186.35 | 134,813.13 |
| 02/19/14 | {33} | American Auction Associates, Inc. | This is an incorrect entry and a double entry of deposit of 12/30/13- and therefore deposit reversed. | 1129-000 | 10,000.00 | | 144,813.13 |
| 02/19/14 | | American Auction Associates, Inc. | This is an incorrect entry and a double entry of deposit of 12/30/13- and therefore deposit reversed. | 1129-000 | -10,000.00 | | 134,813.13 |
| 02/28/14 | 3001 | Donald Dodge and American Auction A | Reimbursement of expenses in connection with sale of vehicle authorized per February 14, 2014 order~~   3620-000   $-437.96 | 3620-000 | | 437.96 | 134,375.17 |
| 02/28/14 | 3002 | Georgia DeClark | One half of net proceeds of non filing spouses interest in sale of vehicle per order entered 2/14/14~~   8500-002   $-4,781.02 | 8500-000 | | 4,781.02 | 129,594.15 |
| 02/28/14 | | Green Bank | Bank Service Fee | 2600-000 | | 196.49 | 129,397.66 |
| 03/13/14 | {25} | 2401 W. Bradley LLC | | 1129-000 | 2,455.13 | | 131,852.79 |
| 03/13/14 | {23} | 508 Race Partners, LLC | | 1129-000 | 24,034.67 | | 155,887.46 |
| 03/13/14 | {24} | 300 West Main LLC | | 1129-000 | 24,977.37 | | 180,864.83 |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 249.03 | 180,615.80 |
| 04/02/14 | 3003 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455 2/01/14 to 2/10/15~~   2300-000   $-149.88 | 2300-000 | | 149.88 | 180,465.92 |
| 04/30/14 | | GREEN BANK | bank service fee | 2600-000 | | 281.87 | 180,184.05 |
| 05/30/14 | | GREEN BANK | bank service fee | 2600-000 | | 300.14 | 179,883.91 |
| 06/09/14 | | GREEN BANK | bank service fee | 2600-000 | | 65.54 | 179,818.37 |
| 06/10/14 | | Estate of GARY DECLARK, 13-19244 | transfer by deposit to Bank of NY Mellon | 9999-000 | | 179,818.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 186,467.17 | 186,467.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 179,818.37 | |
| | | | **Subtotal** | | 186,467.17 | 6,648.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$186,467.17** | **$6,648.80** | |

{} Asset reference(s)                                                                                    Printed: 09/02/2016 12:50 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY  
**Taxpayer ID #:** **-***8295  
**Period Ending:** 09/02/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******24-61 - Checking  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/18/14 | | Estate of GARY DECLARK, 13-19244 | Fund transfer TRANSFER OF FUNDS TO DRB AS SUCCESSOR TRUSTEE | 9999-000 | 179,818.37 | | 179,818.37 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 94.84 | 179,723.53 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 267.16 | 179,456.37 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 266.80 | 179,189.57 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 257.83 | 178,931.74 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 266.02 | 178,665.72 |
| 11/13/14 | 1001 | BMO Harris Bank, N.A. | settlement payment Per Order of November 12, 2014 | 4120-000 | | 124,674.56 | 53,991.16 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 257.06 | 53,734.10 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 91.87 | 53,642.23 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 79.76 | 53,562.47 |
| 02/11/15 | 1002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 40.00 | 53,522.47 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 71.91 | 53,450.56 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 79.46 | 53,371.10 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 53,371.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 179,818.37 | 179,818.37 | $0.00 |
| | | | Less: Bank Transfers | | 179,818.37 | 53,371.10 | |
| | | | **Subtotal** | | 0.00 | 126,447.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $126,447.27 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-19244-DRC  
**Case Name:** DECLARK, GARY  

**Taxpayer ID #:** **-***8295  
**Period Ending:** 09/02/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| / / | 20103 | DAVID E. GROCHOCINSKI | Dividend paid 100.00% on $11,334.31 | Claim # TR COMP | Filed: $11,334.31<br>Voided: check issued on 11/04/15 | 2100-000 | | -11,334.31 | 11,334.31 |
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 53,371.10 | | 64,705.41 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.26 | 64,672.15 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.15 | 64,598.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.71 | 64,516.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.04 | 64,437.25 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.83 | 64,363.42 |
| 11/04/15 | 20101 | PC INNOVALAW | Dividend paid 100.00% on $405.12 | Claim # ATTY EXP | Filed: $405.12<br>Stopped on 02/02/16 | 3120-000 | | 405.12 | 63,958.30 |
| 11/04/15 | 20102 | PC INNOVALAW | Dividend paid 100.00% on $21,733.50 | Claim # ATTY FEE | Filed: $21,733.50<br>Stopped on 02/02/16 | 3110-000 | | 21,733.50 | 42,224.80 |
| 11/04/15 | 20103 | DAVID E. GROCHOCINSKI | Dividend paid 100.00% on $11,334.31 | Claim # TR COMP | Filed: $11,334.31<br>Voided on / / | 2100-000 | | 11,334.31 | 30,890.49 |
| 11/04/15 | 20104 | DAVID R BROWN | Dividend paid 100.00% on $1,000.00 | Claim # TR COMP | Filed: $1,000.00 | 2100-000 | | 1,000.00 | 29,890.49 |
| 11/04/15 | 20105 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 91.34% on $20,315.37 | Claim # 2P-1 | Filed: $20,315.37 | 5800-000 | | 18,556.18 | 11,334.31 |
| 11/04/15 | 20106 | INNOVALAW PC | Stopped on 02/02/16 | 2100-000 | | 11,334.31 | 0.00 |
| 02/02/16 | 20108 | INNOVALAW PC | | 3110-000 | | 21,733.50 | -21,733.50 |
| 02/02/16 | 20109 | INNOVALAW PC | | 3120-000 | | 405.12 | -22,138.62 |
| 02/02/16 | 20110 | DAVID GROCHOCINSKI | | 2100-000 | | 11,334.31 | -33,472.93 |
| 02/02/16 | 20101 | PC INNOVALAW | Dividend paid 100.00% on $405.12 | Claim # ATTY EXP | Filed: $405.12<br>Stopped: check issued on 11/04/15 | 3120-000 | | -405.12 | -33,067.81 |
| 02/02/16 | 20102 | PC INNOVALAW | Dividend paid 100.00% on $21,733.50 | Claim # ATTY FEE | Filed: $21,733.50<br>Stopped: check issued on 11/04/15 | 3110-000 | | -21,733.50 | -11,334.31 |
| 02/02/16 | 20106 | INNOVALAW PC | Stopped: check issued on 11/04/15 | 2100-000 | | -11,334.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 53,371.10 | 53,371.10 | $0.00 |
| | | | Less: Bank Transfers | | 53,371.10 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 53,371.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$53,371.10** | |

{} Asset reference(s)

Printed: 09/02/2016 12:50 PM    V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 13-19244-DRC | | **Trustee:** | David R. Brown (330580) |
|---|---|---|---|---|
| **Case Name:** | DECLARK, GARY | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0366 - Checking Account |
| **Taxpayer ID #:** | **-***8295 | | **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Period Ending:** | 09/02/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********4401** | 186,467.17 | 6,648.80 | 0.00 |
| **Checking # ****-******24-61** | 0.00 | 126,447.27 | 0.00 |
| **Checking # ******0366** | 0.00 | 53,371.10 | 0.00 |
| | $186,467.17 | $186,467.17 | $0.00 |

{} Asset reference(s)

Printed: 09/02/2016 12:50 PM    V.13.28